UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| JULIE A. SU, Acting Secretary of Labor, United States Department of Labor,<br><br>*Plaintiff*,<br><br>v.<br><br>MEDI-WHEELS OF THE PALM BEACHES, INC.,<br><br>*Defendant*. | Civil Action No.<br><br>**COMPLAINT**<br>**(Injunctive Relief Sought)** |

## APPENDIX A

1. Algali, Amar
2. Bipram, Latchman
3. Brandstetter, Mathew
4. Cannizzaro, Thomas
5. Castro Freyre, Mirda
6. Corujo, Julian
7. Davis, Andre
8. Davis, Lenny
9. Diaz, Anibal
10. Eveque, Maxo
11. Fogarty, William
12. Freeman, Franklin
13. Greenwald, Candida
14. Jolivert, Pierre
15. Joseph, Louis
16. Khan, Abaidullah
17. Lindauer, Carlos
18. Longobardi, Michael
19. Malik, Amman
20. Mendoza, Jose
21. Merice, Gemmy
22. Munoz, Rosa
23. Olcima, Kevin
24. Ozuni, Alfred
25. Pimental, Christopher
26. Polanco Sanchez, Naisa
27. Rengifo Freire, Luis
28. Rivas Perez, Mayelin
29. Rodriguez Vasquez, Catherine
30. Sabata, Amy
31. Seda, Alex
32. Smith, Devin
33. Suazo, Diogenes (Dario)
34. Suazo, Johnny
35. Tackett, Robert
36. Thlemaque, Lurio
37. Toral, Miguel
38. Toussant, Joseph
39. Velez, Bladimir Merced
40. Viau, Lixon
41. Wagas, Querishi
42. Walters, Raymond
43. Watkins, Phyllis
44. Wilson, Daniel
45. Winfrey, David
46. Wood, Thomas