UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor<br><br>               *Plaintiff*,<br><br>    v.<br><br>MEDI-WHEELS OF THE PALM BEACHES, INC.,<br><br>               *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 9:23-cv-80505-RLR<br>)<br>)<br>)<br>)<br>)<br>) |

## **AMENDED APPENDIX A**

1. Alfred, Ernest
2. Algali, Amar
3. Allen, Elisha
4. Bipram, Latchman
5. Brandstetter, Mathew
6. Cannizzaro, Thomas
7. Castro-Freyre, Mirda
8. Charles, Berice
9. Cortez, Luis
10. Corujo, Julian
11. Davis, Andre
12. Davis, Lenny
13. Diaz, Anibal
14. Eveque, Maxo
15. Fogarty, William
16. Freeman, Franklin
17. Fuller, Rene
18. Greenwald, Candida
19. Joseph, Louis
20. Khan, Abaidullah
21. Laguardia, Lismany
22. Lindauer, Carlos
23. Longobardi, Michael
24. Malik, Amman
25. Mendoza, Jose
26. Merced, Jarelis
27. Merced-Velez, Bladimir
28. Merice, Gemmy
29. Munoz, Rosa
30. Olcima, Kevin
31. Ozuni, Alfred
32. Perez-Fornaris, Osvaldo
33. Pierre, Jolivert
34. Pimentel, Christopher
35. Polanco-Sanchez, Naisa
36. Rengifo-Freire, Luis
37. Rivas Perez, Mayelin
38. Rodriguez-Vasquez, Catherine
39. Sabata, Amy
40. Seda, Alex
41. Seraj, Syed
42. Smith, Devin
43. St Fleur, Waclech
44. Stone, Michael
45. Stone, Vervet
46. Suazo-Drapper, Diogenes (Dario)
47. Suazo Drapper, Johnny
48. Tackett, Robert
49. Telcy, Fendenel
50. Thlemaque, Lurio
51. Toral-Nunez, Miguel
52. Toussaint, Joseph
53. Viau, Lixon
54. Wagas, Querishi
55. Walters, Raymond
56. Watkins, Phyllis
57. Wilson, Daniel
58. Winfrey, David
59. Wood, Thomas