UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-CV-80505-ROSENBERG

| | |
|---|---|
| JULIE A. SU, | ) |
| Acting Secretary of Labor, | ) |
| United States Department of Labor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEDI-WHEELS OF THE PALM BEACHES, INC., | ) |
| | ) |
| Defendant. | ) |

**SUGGESTION OF BANKRUPTCY**

On May 14, 2024, Defendant, MEDI-WHEELS OF THE PALM BEACHES, INC., filed a Voluntary Petition under Subchapter V of Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, Case No.: 24-14732. Pursuant to 11 U.S.C. §§ 301 and 362(a), Plaintiff is automatically stayed and enjoined from proceeding with the above-styled action against the Debtor/Defendant, MEDI-WHEELS OF THE PALM BEACHES, INC..

The filing of this Suggestion does not constitute an appearance in this case by the undersigned and shall serve only as notice to the Court and the parties herein of the aforementioned bankruptcy.

**I HEREBY CERTIFY** that the foregoing Suggestion of Bankruptcy was electronically filed with the Clerk of Court using CM/ECF and that a true and correct copy of said filed

1

document was served electronically on all parties listed on the Notice of Electric Filing generated with the filing of said document this 14th day of May 2024.

                                      **SCHATZMAN & SCHATZMAN, P.A.**
Attorneys for the Debtor
9990 S.W. 77th Avenue
Penthouse 2
Miami, Florida 33156
(305) 670-6000

By: */s/ Jeffrey N. Schatzman*
**JEFFREY N. SCHATZMAN, ESQ.**
Fla. Bar No.: 818501

2